UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-81352-CV-MARRA

BLACKSTONE LABS, LLC,

     Petitioner,

vs.

UNITED STATES OF AMERICA, et al,

     Respondents.
_____/

## **ORDER**

THIS CAUSE is before the Court *sua sponte*. In view of the Indictment filed in *U.S. vs. Phillip Braun*, *et al*., Case No. 19-80030-CR-DIMITROULEAS, the parties are directed to state their positions as to whether the present civil case is now moot.

**DONE AND ORDERED** in Chambers at the United States District Courthouse, West Palm Beach, Florida, this 18th day of March, 2019.

                                            KENNETH A. MARRA
                                            United States District Judge

cc:    All counsel