UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:18-cv-81352-MARRA

**BLACKSTONE LABS, LLC,**

      **Petitioner,**

vs.

**UNITED STATES OF AMERICA, et al.,**

      **Respondents.**

_____/

## UNITED STATES' STATEMENT

The Office of the United States Attorney for the Southern District of Florida and the United States Department of Justice, Consumer Protection Branch (the "government") respectfully submit this statement in response to the Court's Order regarding mootness (ECF No. 30). The government submits that the pending Petition for Return of Property (ECF No.1) is now an inappropriate vehicle for the Petitioner to obtain civil redress and should be dismissed.

When a party that has filed a Rule 41(g) petition is itself indicted, any attempt to recover property must then occur in that criminal proceeding. Fed. R. Crim. P. 41(g). See DiBella v. United States, 369 U.S. 121, 131-132 (1962); Richey v. Smith, 515 F.2d 1239 (5th Cir. 1975) (a petition to exercise extraordinary equity jurisdiction requires Petitioner to prove it has no other adequate remedy at law). Petitioner's argument for extraordinary equity jurisdiction was specifically premised on the lack of criminal charges or proceeding against the Petitioner. ECF No. 1 at 4-5 ("When no criminal proceeding is pending, . . . a Rule 41(g) motion is treated as a civil action in equity." (citing United States v. Dean, 80 F.3d 1353, 1542 (11th Cir. 2005)). The

recently unsealed Indictment provides Petitioner with an adequate remedy at law.  See Indictment, (ECF No. 1), United States v. Phillip Braun, Blackstone Labs, et al., 19-80030-CR-WPD.

For the foregoing reasons, the Court should dismiss the Petition.

Dated: March 19, 2019

                                        Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

JOSEPH H. HUNT
ASSISTANT ATTORNEY GENERAL
CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE

       */s/ Alistair Reader*
ALISTAIR F. A. READER
Court ID A5502377
DAVID A. FRANK
Court ID A5500486
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, D.C.  20044
(202) 353-9930
Alistair.F.Reader@usdoj.gov
(202) 307-0061
David.Frank@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served by ECF and email on March 19, 2019 on all counsel or parties of record on the Service List below.

    **BENEDICT P. KUEHNE**
Florida Bar No. 233293
**MICHAEL T. DAVIS**
Florida Bar No. 63374
**KUEHNE DAVIS LAW, P.A.**
100 S.E. 2nd St., Suite 3550
Miami, FL 33131-2154
Attorneys for Petitioner
Blackstone Labs, LLC
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

    */s/ Alistair Reader*