UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-cv-81352-MARRA

BLACKSTONE LABS LLC,
    Petitioner,

v.

UNITED STATES OF
AMERICA, et. al.,
    Respondents.
_____/

**PETITIONER BLACKSTONE LABS' RESPONSE IN COMPLIANCE WITH ORDER CONCERNING MOOTNESS**

Petitioner Blackstone Labs, LLC ("Blackstone Labs"), in compliance with the Court's Order (DE30), states that the present case is not moot and should be continued on this Court's active docket. Moreover, because of the relationship between this case and the criminal case filed on March 8, 2019 (U.S.D.C. Case No. 19-80030-Cr), the criminal case should be transferred to this Court for related case assignment in conformance with Southern District of Florida Local Rule 3.8 and Internal Operating Procedures 2.15.00.

    1.    This Rule 41 proceeding is far from moot because the matters and things that are the subject of the Petition for Return of Property are not all encompassed in the referenced indictment and criminal

proceedings. Although the forfeiture provision of the indictment (attached as Attachment A) incorporates the money component of the property return request, the other identified Blackstone property is not identified in the indictment and remains subject to this Court's jurisdiction.

2. As addressed in the Petition for Return of Property (DE1), Blackstone requested the prompt return of commercial products that are neither contraband nor an integral part of the government investigation. These products are specifically described in the Petition:

- Anesthetized
- Anogenin
- Brutal 4ce
- Chosen 1
- Cobra 6 Extreme
- Cobra 6 Extreme Powder Kiwi Strawberry
- Cobra 6 Extreme Powder Watermelon
- Dust Black Lemonade
- Dust Blue Sky
- Dust Cotton Candy
- Dust Red Ice
- Dust Watermelon
- Dust Extreme Pineapple
- Dust Extreme Sour Gummy
- Eradicate
- Euphoria
- Gear Support

- Gear Support Raspberry Lemonade
- Growth
- Growth Pineapple
- PCTV

3. The absence of any mention of these products in the indictment is a clear indication that these products are not encompassed within the criminal case, and should thus be returned to Blackstone immediately. The value of these commercial products continues to diminish in the time since the October 2018 filing of the Petition. Prompt action by this Court is appropriate.

4. This Court's equitable Rule 41 jurisdiction remains in place in order to maintain authority over the subject property that is not encompassed within the criminal case. *See United States v. Dean*, 80 F.3d 1535, 1542 n.6 (11th Cir. 2005) ("Federal courts have developed the doctrine of 'equitable' or 'anomalous' jurisdiction to enable them to take jurisdiction over property in order to adjudicate 'actions for the return of unlawfully seized property even though no indictment has been returned and no criminal prosecution is yet in existence.'") Not only is the pending criminal case not a proper vehicle in which to challenge the government's continued retention of commercial property that is not identified in the indictment, but this Court is possessed with the equitable jurisdiction to

direct the government to return the non-contraband to the petitioner. This is entirely consistent with the teaching of the U.S. Supreme Court in *DiBella v. United States*, 369 U.S. 121, 131-132, 82 S. Ct. 654, 660-661 (1962), explaining that "independent" Rule 41 jurisdictional authorization exists "[o]nly if the motion is solely for return of property and is in no way tied to a criminal proceeding." The subject property is not tied to the criminal case.

5. Not only is this case not moot, but it is actually the more appropriate division for resolution of both the Rule 41 motion and the criminal case in keeping with Internal Operating Procedures 2.15.00. That provision, implementing Local Rule 3.8, authorizes the transfer of related cases that involve "subject matter which is a material part of the subject matter of another action or proceeding then pending before this Court, or for other reasons the disposition thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge." Since this case is the lower-numbered action and has been pending, the more recently filed, higher-numbered criminal case should be transferred to this division for reasons that are consistent with the interests of justice. As all parties' counsel, including Blackstone, have not

yet appeared in the criminal case, the transfer of that case to this division is timely and will not cause any prejudice to the government or any of the parties.

For these reasons, this Court should not dismiss this proceeding as moot, but should consider the transfer of the higher-numbered criminal case to this Court's docket.

                                                Respectfully submitted,

                                                        *S/ Benedict P. Kuehne*
                                                        **BENEDICT P. KUEHNE**
                                                        Florida Bar No. 233293
                                                        **MICHAEL T. DAVIS**
                                                        Florida Bar No. 63374
                                                        **KUEHNE DAVIS LAW, P.A.**
                                                        100 S.E. 2nd St., Suite 3550
                                                        Miami, FL 33131-2154
                                                        Tel: 305.789.5989
                                                        Fax: 305.789.5987
                                                        ben.kuehne@kuehnelaw.com
                                                        mdavis@kuehnelaw.com
                                                        efiling@kuehnelaw.com

## CERTIFICATE OF SERVICE

I CERTIFY that on April 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*S/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**
